■ MARK B. et al., Appellants, v COUNTY OF ONONDAGA, Respondent. [710 NYS2d 268] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendant's motion seeking dismissal of the complaint pursuant to CPLR 3211 (a). The allegation that defendant intentionally ignored a known hazard does not bring the case within the "intentional injury" exception to the exclusivity provision of the Workers' Compensation Law (*see,* Workers' Compensation Law § 11; *Acevedo v Consolidated Edison Co.*, 189 AD2d 497, 500-501, *lv dismissed* 82 NY2d 748; *Briggs v Pymm Thermometer Corp.*, 147 AD2d 433, 435; *Ferrara v American ACMI*, 122 AD2d 930, 931; *Finch v Swingly*, 42 AD2d 1035; *see also, Patterson v Salvation Army*, 203 AD2d 87, 88). (Appeal from Order of Supreme Court, Onondaga County, Elliott, J.—Dismiss Pleading.) Present—Pine, J. P., Wisner, Hurlbutt and Scudder, JJ.